# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2015

## NO.  03-13-00704-CV

**Karen Kuester, Appellant**

**v.**

**Ivor Green, Appellee**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment rendered by the trial court on June 13, 2013.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment.  Therefore, the Court affirms the trial court's judgment.  Appellant shall pay all costs relating to this appeal, both in this Court and the court below.